UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VALENTIN REID,

                           Plaintiff,                       19-CV-8243 (JPO) (KHP)

      -against-                    **ORDER ADJOURNING
                                                           SETTLEMENT CONFERENCE**

LA PERLA NORTH AMERICA, INC.

                           Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light the Notice of Settlement filed on January 29, 2020 (doc. no 24) the Settlement Conference currently scheduled for **March 9, 2020** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:       New York, New York
                  January 30, 2020

                                                               _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge